# UNITED STATES DISTRICT COURT
for the
District of Maryland

___ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

NOV 20 2019

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) | Case No. 19-3619 ADC |
| the property left at the Montgomery County Correctional Facility in Boyds, Maryland by OSCAR SORTO ROMERO (the "Subject Property") | ) ) ) | |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
the property left at the Montgomery County Correctional Facility in Boyds, Maryland by OSCAR SORTO ROMERO (the "Subject Property"), as described in Attachment A,

located in the _____ District of ___Maryland___ , there is now concealed *(identify the person or describe the property to be seized)*:
the items described in Attachment A, pursuant to the protocol outlined in Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC 1959 | Conspiracy to commit murder in aid of racketeering |
| 18 USC 1962 | Racketeering conspiracy |

The application is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Alicia C. Zimmerman, SA FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5 November 2019

*Judge's signature*

City and state: Baltimore, Maryland

A. David Copperthite, US Magistrate Judge
*Printed name and title*